UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE R.[1], an Individual,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>        Defendant. | Case No.: 5:18-00765 SJO (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITES STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the Joint Stipulation [Dkt. No. 24], the Report and Recommendation of the assigned United States Magistrate Judge dated September 5,

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

-1-

2019, [Dkt. No. 26] and Plaintiff's Objections to the Report and Recommendation filed on September 18, 2019 [Dkt. No. 27]. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections were filed. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 26], is accepted;
2. The case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATE: September 24, 2019

*S. James Otero*

THE HONORABLE S. JAMES OTERO
United States District Judge